STATE OF NORTH CAROLINA v. GEORGE ALAN GARVICK

291A90

(Filed 5 December 1990)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 98 N.C. App. 556, 392 S.E.2d 115 (1990), finding no error in the judgment entered by *Strickland, J.*, on 19 October 1988, in Superior Court, CRAVEN County. Defendant's petition for discretionary review as to additional issues was denied by the Supreme Court on 26 July 1990. Heard in the Supreme Court 15 November 1990.

*Lacy H. Thornburg, Attorney General, by Isaac T. Avery, III, Special Deputy Attorney General, for the State.*

*Kennedy W. Ward, P.A., by Kennedy W. Ward; and Ward, Ward, Willey & Ward, by Elizabeth Williams, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.